**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BILLY J. BLEDSOE, ADC #90894                                                                 PLAINTIFF

v.                                        No. 5:16CV00380 JLH/JTR

JEREMY ANDREWS, Warden,
Randall William Unit, ADC, et al.                                                           DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After completing a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.        IT IS THEREFORE ORDERED that:

1.        Bledsoe may proceed with his inadequate medical care claim against Floss, Reed, and Kelley.

2.        The Clerk is directed to prepare a summons for Floss.  The U.S. Marshal is directed to serve the summons, substituted complaint (Document #13), and this Order on him through the Humphries, Odum & Eubanks law firm without prepayment of fees and costs or security therefor. If Floss is no longer a CCS employee, the Humphries, Odum, & Eubanks law firm must file a **sealed** statement providing his last known private mailing address.

3.        The Clerk is directed to prepare a summons for Kelley and Reed.  The U.S. Marshal is directed to serve the summons, substituted complaint (Document #13), and this Order on them through the ADC Compliance Division without prepayment of fees and costs or security therefor. If Kelley or Reed is no longer an ADC employee, the ADC Compliance Division must file a **sealed** statement providing the unserved defendant's last known private mailing address.

4.        Bledsoe's claims against Andrews, Goss, Glass, Kittrail, Sharp, Sarah Wilson, and

George Wilson are dismissed without prejudice.

5. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 21st day of March, 2017.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE